A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Alfred Deal
Plaintiff

#965086
Inmate Number

VERSUS

Keenan Letcher, Captain.
Lioudell Minor, Lieutenant.
Darrel Vannoy, Warden.

(Enter above the full name of each defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): ______________________________
   ______________________________
   Defendant(s): ______________________________
   ______________________________

2. Court (if federal court, name the district; if state court, name the parish):
   ______________________________
   ______________________________

3. Docket number: ______________________________

4. Name of judge to whom case was assigned: ______________________________
   ______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   ______________________________
   ______________________________

6. Date of filing lawsuit: ______________________________
7. Date of disposition: ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

______________________________

______________________________

II. Place of present confinement: Louisiana State Penitentiary

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. LSP-2023-1340

2. What steps did you take? The required two steps

3. What was the result? Relief Denied

D. If your answer is No, explain why not: ______________________________

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Alfred Deal
Address CBA-4/R/8 Louisiana State Penitentiary - Angola, La. 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Keenan Letcher is employed as Captain at La. State Penitentiary

C. Additional Defendants: Liondell Minor, Lieutenant - La. State Penitentiary
- Darrel Vannoy, Warden - La. State Penitentiary

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) Nothing occurred between me and Officer Letcher, no words was exchange, no order(s) was given, before the force was used because nothing was going on to warranted excessive force. (2.) I was in my cell, standing at the bars facing the tier when officer Letcher appeared and swiftly up with his can of gas and spray me and Jermaine Johnson who was in cell-13 next to me.

3.) At this time i had a pending lawsuit against Officer Keenan Letcher, (Civil Action: No 22-707).

4.) To try an cover up the unjust excessive force against me Officer Letcher wrote up inmate Johnson, but he did not do a UoF on the force nor did he write it in the log book, which is mandatory.

5.) EMT Sgt. Smith was called but was told to address inmate Johnson concern only, EMT Sgt. Smith said.

6.) I was denied medical attention, and a shower. Still, i told EMT Sgt. Smith that i gassed as well to no avail, on 6/12/2023.

7.) On 6/13/2023, i made a medical complaint through sick call. Of blue vision, persistent skin burning on my neck and arms, and throwing up due to the gas going into my mouth, again to no avail. Complained to several other EMTs that made their on the tier - Tu 4/E, but was disregarded.

8.) On 8/25/2023, finally my complaint was thoroughly address by EMT Sgt. Best who ordered me eye wash for the blue vision, Skin cream to combat my still burning skin on my neck and arms, throat lozenges and Pepto bismol. I am still seeing the eye doctor about the blue vision, he ordered me another pair eyeglasses on 4/15/2026 to see will that help some he said. The persistent blue vision is my injury, including suffering from the gas.

9.) We were spray once, for about (7) seconds, by Capt. Keenan Letcher. For no reason whatsoever!

10.) Lioudell Minor, Lt., Obviously felt the need to show his support for Capt. Letcher and that he was down with whatever unjust action that Capt. Letcher administer therefore, Lt. Minor turn the fan back on and turned it directly in my cell so 99% of the gas would go into my cell all over to make sure that i suffer the must. After Sgt. Joseph Davis cut the fan off per my request.

11.) Warden Darrel Vannoy, is included for his failure to adequately train and supervise employees under his control.

12.) Both Capt. Letcher and Lt. Minor stated in their response that excessive force was not used on nobody at Tu-ow "Tier". That they have no knowledge of no one being spray as no documents of an incident was perpared to support alleged incident. Yet they won't beable to get around the cameras on the tier, which definitely will show they are lying.

Civil Action
No 25-277-JWD-EWD

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Compensatory, Nominal, And Punitive damages.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 17 day of April, 2026.

Alfred Deal

Signature of plaintiff(s)

RECEIVED

APR 2 1 2026

Legal Programs Department

SCANNED at LSP and Emailed
4/21/26 by VM . 8 pages
date initials No.

Civil Rights Action
No. 25-277-JWD EWD