**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ALFRED DEAL (#96506)**

**CIVIL ACTION**

**VERSUS**

**NO. 25-277-JWD-EWD**

**DEPT. OF CORRECTIONS, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 29, 2026 (Doc. 8), to which no objection was filed,

**IT IS ORDERED that** this action shall be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A, as Plaintiff's claims in this case were not timely filed.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 20, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Since the Report and Recommendation has been adopted, the Opinion counts as a strike.