**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ALFRED DEAL (#96506)**

**CIVIL ACTION**

**VERSUS**

**NO. 25-277-JWD-EWD**

**DEPT. OF CORRECTIONS, ET AL.**

# JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered, dismissing this action, with prejudice, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, as Plaintiff's claims in this case were not timely filed.[1]

Signed in Baton Rouge, Louisiana, on August 20, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."